UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C.H. Robinson Worldwide, Inc.,

    Plaintiff,

v.

Steven Tue and Everest Global
Freight Services, Inc.,

    Defendant.

**ORDER**
Civ. No. 19-1444 (MJD/BRT)

---

    Joel O'Malley, Katie M. Connolly and Jeremy D. Robb, Nilan Johnson Lewis PA, Counsel for Plaintiff.

    Heng Wang, Jordan Gottheim and Jacob Tebele, Wang, Gao & Associates, P.C. and Bradley J. Lindeman and Kathleen Li Reitz, Meagher & Geer, P.L.L.P., Counsel for Defendants.

---

    Based upon the Report and Recommendation by United States Magistrate Judge Becky R. Thorson dated December 20, 2019 (Doc. No. 49), along with all the files and records, and no objections to said Recommendation having been filed,

    **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss or Alternatively to Transfer Venue (Doc. No. 15) is **DENIED**.

Date: January 7, 2020

                                                        s/ Michael J. Davis
                                                         Michael J. Davis
                                                         United States District Court